**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EXELA PHARMA SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ETON PHARMACEUTICALS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 20-365-MN |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 2, 2020, true and correct copies of Defendant Eton Pharmaceuticals, Inc.'s Objections and Responses to Plaintiff Exela Pharma Sciences, LLC's First Set of Interrogatories (Nos. 1-9) were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Robert M. Oakes
Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Christina D. Brown-Marshall
Fish & Richardson P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA, 30309

**BY ELECTRONIC MAIL**
Jonathan E. Singer
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

**BY ELECTRONIC MAIL**
Corrin N. Drakulich
Fish & Richardson P.C.
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309

**BY ELECTRONIC MAIL**
Elizabeth M. Flanagan
Deanna Reichel
Fish & Richardson P.C.
60 South Sixth Street, #3200
Minneapolis, MN 55402

OF COUNSEL:
Ralph Gabric
ralph.gabric@haynesboone.com
Laura B. Miller
laura.miller@haynesboone.com
Judy K. He
judy.he@haynesboone.com
Haynes & Boone LLP
180 North LaSalle Street
Suite 2215
Chicago, IL 60601
(312) 216-1620

Dated: November 2, 2020

*<u>/s/ Kelly E. Farnan</u>*
Kelly E. Farnan (#4395)
farnan@rlf.com
Valerie A. Caras (#6608)
caras@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Eton Pharmaceuticals, Inc.*