**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ETON PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 20-365-MN |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 6, 2021, copies of (1) *Second Amended Objections and Responses to Plaintiff Exela Pharma Sciences, LLC's First Set of Individual Interrogatories* and its accompanying exhibits were caused to be served the counsel of record via electronic mail.

Dated: April 7, 2021

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*

Timothy Devlin (#4241)
Neil A. Benchell (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com
nbenchell@devlinlawfirm.com

*Attorneys for Defendant*
*Eton Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Timothy Devlin*
Timothy Devlin