

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

**VIA ECF**

August 1, 2022

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re: Exela Pharma Sciences, LLC v. Eton Pharmaceuticals, Inc.
           Civil Action No. 20-cv-365-MN

Dear Hon. Judge Noreika,

We write in response to your Honor's Oral Order of August 1, 2022 (D.I. 242).

Dr. Reddy's Laboratories, the current ANDA holder, has no intention to market its product prior to August 8, 2022.

                                    Respectfully,

                                    Timothy Devlin