IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELA PHARMA SCIENCES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ETON PHARMACEUTICALS, INC.,<br><br>Defendant. | C.A. No. 20-cv-365-MN |

**[PROPOSED] FINAL JUDGMENT AND INJUNCTION**

WHEREAS, all of the issues pertaining to infringement, validity and enforceability of the patents asserted in the above-captioned matter have been fully resolved by the Court;

WHEREAS, the Court issued a Memorandum Order (D.I. 245) on August 8, 2022, directing that "[t]he parties shall meet and confer and submit, no later than August 19, 2022, a proposed order consistent with the Memorandum Opinion, to enter final judgment for Plaintiff and against Defendant";

WHEREAS, the date to submit the proposed order was extended until August 22, 2022 (D.I. 248);

WHEREAS, the parties have conferred and have not reached agreement, Plaintiff submits this proposed order and final judgment; and

WHEREAS, this action, having been tried before the Court on March 14, 15, and 16, 2022, the evidence and testimony of witnesses of each side having been heard and a decision having been rendered:

IT IS HEREBY ORDERED AND ADJUDGED, for the reasons set forth in the August 8, 2022, Memorandum Opinion (D.I. 244) that:

1. Exela Pharma Sciences, LLC ("Exela" or "Plaintiff") asserted the following patent claims against Eton Pharmaceuticals, Inc. ("Eton" or "Defendant"): claims 8, 9, and 10 of U.S. Patent 10,905,713 ("the '713 patent"); claims 1, 19, and 27 of U.S. Patent 10,912,795 ("the '795 patent"); and claim 27 of U.S. Patent 10,583,155 ("the '155 patent") (hereinafter "the asserted claims of the patents-in-suit");

2. The proposed product described in Eton's Abbreviated New Drug Application No. 214082 ("ANDA product") infringes the asserted claims of the '713 and '795 patents;

3. The ANDA product and its use contributorily infringes and induces infringement of claim 27 of the '155 patent;

4. The asserted claims of the patents-in-suit are not invalid;

5. Pursuant to 35 U.S.C. § 271(e)(4)(A), the Food and Drug Administration is directed to withdraw final approval of the product that is the subject of Abbreviated New Drug Application No. 214082 ("the ANDA"), and the effective date of any final approval of the ANDA under § 505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. § 355(j)) for the drug product described therein shall be a date not earlier than January 15, 2039, which is the latest of the expiration dates of the '713, '795, and '155 patents, plus any exclusivities afforded under the statute; and

6. Pursuant to 35 U.S.C. § 271(e)(4)(B), Eton, including any of its subsidiaries, successors, assigns, officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with Eton, and any persons in privity with Eton, and any person or entity to which the ANDA is transferred, including Dr. Reddy's Laboratories SA[1], are enjoined

---

[1] On July 7, 2022, Eton informed the Court that Eton had sold its rights to the ANDA Product to Dr. Reddy's Laboratories SA (D.I. 241).

from making, using, offering to sell, or selling the products described in the ANDA within the United States or importing the described product into the United States and its territories until January 15, 2039.

**SO ORDERED** this ____ day of _____, 2022.

_____<br>
The Honorable Maryellen Noreika<br>
United States District Judge